IN THE MATTER OF
MAYFLOWER SAVINGS AND LOAN ASSN.

December 11, 1973. Petition for certification denied.

SALVATORE LEPRE v. CAMERON MACHINE.

December 11, 1973. Petition for certification denied.

EDWARD MALEY v. REDDI-SALAD COMPANY, INC.

December 11, 1973. Petition for certification denied.

BARRY ROSSNAGLE v.
BOB CAPRA AND SHELL OIL COMPANY.

December 11, 1973. Petition for certification granted.

M. ZERMAN REALTY AND BUILDING CORP. v.
BOROUGH OF WESTWOOD.

December 11, 1973. Petition for certification granted.

MASONIC TEMPLE OF MOUNTAIN LAKES, INC. v.
BOROUGH OF MOUNTAIN LAKES.

December 11, 1973. Petition for certification denied.